# EXHIBIT 1

**SECTION 1920 COSTS TABLE**

| | Category | Date | Cost Incurred | Requested Reimbursement |
|---|---|---|---|---|
| | **Court Filing Fees** | | | |
| 1. | Court Filing Fee | 05/23/2019 | $400.00 | $400.00 |
| | Category Total | | $400.00 | $400.00 |
| | **Process Servers Costs** | | | |
| 2. | LPS Invoice JDA-2019001368 – Summons for BAGS | 07/02/2019 | $100.00 $5.10 (printing of complaint and summons) | $105.10 |
| 3. | LPS Invoice JDA-2019002702 – Summons for Ceridian's Records Custodian | 10/31/2019 | $130.00 | $130.00 |
| 4. | LPS Invoice JDA-2019002703 – Summons for Ceridian's Corporate Representative | 10/31/2019 | $130.00 | $130.00 |
| 5. | LPS Invoice JDA-2019002882 – Summons for Delta Airlines, Inc. | 11/19/2019 | $130.00 | $130.00 |
| 6. | LPS Invoice JDA-2019002918 – Summons for Broward County, Florida, Aviation Department | 11/21/2019 | $145.00 | $145.00 |
| 7. | LPS Invoice JDA-2019002881 – Summons for Richard LaCroix | 11/27/2019 | $135.00 | $135.00 |
| | Category Total | | $775.10 | $775.10 |
| | **Deposition Costs** | | | |
| 8. | Veritext Invoice FLA4067604 – Jean Pierre-Louis' Deposition Transcript (PLAINTIFF) | 12/04/2019 | $1,109.40 | $1,109.40 |
| 9. | Veritext Invoice FLA4067612 – Evens Hilaire's Deposition Transcript (PLAINTIFF) | 12/04/2019 | $1,418.55 | $1,418.55 |
| 10. | Veritext Invoice FLA4067613 – Assade Vedrine's Deposition Transcript (PLAINTIFF) | 12/04/2019 | $736.65 | $736.65 |
| 11. | Veritext Invoice FLA4067614 – Jean Claude Dorelus' Deposition Transcript (PLAINTIFF) | 12/04/2019 | $650.10 | $650.10 |
| 12. | Veritext Invoice FLA4067756 – Eriles Maxean's Deposition Transcript (PLAINTIFF) | 12/04/2019 | $664.60 | $664.60 |
| 13. | National Invoice 46234 – Erick Amaya and Daniel Vasquez's Deposition and Transcript (DEFENDANTS' EMPLOYEES) | 12/04/2019 | $2,932.40 | $2,932.40 |

| 14. | National Invoice 46232 – Pamela Melendez's Deposition and Transcript (DEFENDANTS' EMPLOYEE) | 12/05/2019 | $2,130.80 | $2,130.80 |
|---|---|---|---|---|
| 15. | National Invoice 46390 – Alvaro Silva's Deposition and Transcript (DEFENDANT) | 12/19/2019 | $3,040.50 | $3,040.50 |
| 16. | Veritext Invoice FLA4100784 – Wilfird Saint Louis' Deposition Transcript (PLAINTIFF) | 12/20/2019 | $819.25 | $819.25 |
| 17. | Veritext Invoice MW4117226 – Keith Mendes' Deposition Transcript  (PLAINTIFFS' EXPERT) | 12/31/2019 | $621.20 | $621.20 |
| 18. | Veritext Invoice FLA4120146– Willy Saintil's Deposition Transcript  (PLAINTIFF) | 01/03/2020 | $660.55 | $660.55 |
| 19. | National Invoice 46425 – Rick LaCroix's Deposition and Transcript  (DELTA WITNESS) | 01/07/2020 | $1,140.20 | $1,140.20 |
| 20. | National Invoice 46307 – Greg D'Amron's Deposition (DEFENDANT) | 01/09/2020 | $1,675.00 | $1,675.00 |
| 21. | National Invoice 46415 – Alvaro Silva and Greg D'Amron's Deposition Transcript (DEFENDANTS) | 01/14/2020 | $1,800.50[1] | $.50 |
| 22. | Toronto Invoice 14974 – Posner Doron's Deposition and Transcript (CERIDIAN) | 02/01/2020 | $2,970.85 | $2,970.85 |
| 23. | National Invoice 46794 – Greg D'Amron's Deposition and Transcript  (DEFENDANT) | 02/14/2020 | $630.40 | $630.40 |
| 24. | National Invoice 46816 – Greg D'Amron's Deposition (DEFENDANT) | 02/18/2020 | $250.00 | $250.00 |
| | Category Total | | $23,250.95 | $21,450.95 |
| | **Hearings Costs** | | | |
| 25. | Case Law Reporting – 02/05/2020 Discovery Hearing Transcript | 02/26/2020 | $135.00 | $135.00 |
| 26. | Joanne Mancari – 01/28/2020 Discovery Hearing Transcript | 02/27/2020 | $125.10 | $125.10 |
| 27. | Joanne Mancari – 03/05/2020 Discovery Hearing Transcript | 03/12/2020 | $96.60 | $96.60 |
| 28. | Trial Reporters – Calendar Call Transcript | 03/23/2020 | $300.00 | $300.00 |

---

[1] Most of the invoice was previously paid by Defendants as ordered by the Court.  (DE 145)

| 29. | Lisa Edwards – 04/13/2020 Status Conference Transcript; and 04/16/2020 Settlement Conference Transcript | 04/21/2020 | $158.50 | $158.50 |
|---|---|---|---|---|
| | Category Total | | $815.20 | $815.20 |
| **Printing Costs** | | | | |
| 30. | Exhibits for Alvaro Silva's Deposition 1176@$0.25 | 11/08/2019 | $294.00 | $294.00 |
| 31. | Exhibits for Pamela Melendez's Deposition 9@$0.25 | 11/13/2019 | $2.25 | $2.25 |
| 32. | Exhibits for Erick Amaya's Deposition 9@$0.25 | 11/18/2019 | $2.25 | $2.25 |
| 33. | Exhibits for Daniel Vasquez's Deposition 105@$0.25 | 11/18/2019 | $26.25 | $26.25 |
| 34. | Exhibits for Greg D'Amron's Deposition 606@$0.25 | 12/05/2019 | $151.50 | $151.50 |
| 35. | Exhibits for Richard LaCroix's Deposition 6@$0.25 | 12/13/2019 | $0.50 | $0.50 |
| 36. | Exhibits for Doron Posner's Deposition 5298@$0.25 | 12/16/2019 | $1,324.50 | $1,324.50 |
| 37. | Exhibits for Alvaro Silva's Deposition 84@$0.25 | 12/18/2019 | $21.00 | 21.00 |
| 38. | Exhibits for Greg D'Amron's Deposition 60@$0.25 | 12/18/2019 | $15.00 | $15.00 |
| 39. | Exhibits for Greg D'Amron's Deposition 18@$0.25 | 02/13/2020 | $4.50 | $4.50 |
| | Category Total | | $1,841.75 | $1,841.75 |
| **Interpreter Costs** | | | | |
| 40. | Carole Wilson – Interpretation Services | 04/30/2020 | $385.00 | $385.00 |
| | Category Total | | $385.00 | $385.00 |
| | **TOTAL** | | **$27,468.00** | **$25,668.00** |