# EXHIBIT 2

## TRANSCRIPTS FILED TABLE

| | Depositions | Date | By Plaintiffs | By Defendants |
|---|---|---|---|---|
| 1. | Veritext Invoice FLA4067604 – Jean Pierre-Louis' Deposition Transcript | 12/04/2019 | DE 89-18 | DE 86-9 |
| 2. | Veritext Invoice FLA4067612 – Evens Hilaire's Deposition Transcript | 12/04/2019 | DE 89-26 | DE 86-3 |
| 3. | Veritext Invoice FLA4067613 – Assade Vedrine's Deposition Transcript | 12/04/2019 | DE 89-30 | DE 86-7 |
| 4. | Veritext Invoice FLA4067614 – Jean Claude Dorelus' Deposition Transcript | 12/04/2019 | DE 89-25 | DE 86-1 |
| 5. | Veritext Invoice FLA4067756 – Eriles Maxean's Deposition Transcript | 12/04/2019 | DE 89-27 | DE 86-13 |
| 6. | National Invoice 46234 – Erick Amaya and Daniel Vasquez's Deposition and Transcript | 12/04/2019 | DE 89-21 (Daniel Vasquez) DE 89-23 (Erick Amaya) | DE 86-19 (Erick Amaya) |
| 7. | National Invoice 46232 – Pamela Melendez's Deposition and Transcript | 12/05/2019 | DE 89-22 | |
| 8. | National Invoice 46390 – Alvaro Silva's Deposition and Transcript | 12/19/2019 | DE 89-2 | DE 86-15 |
| 9. | Veritext Invoice FLA4100784 – Wilfrid Saint Louis' Deposition Transcript | 12/20/2019 | DE 89-28 | DE 86-5 |
| 10. | Veritext Invoice MW4117226 – Keith Mendes' Deposition Transcript | 12/31/2019 | | DE 85-1 |
| 11. | Veritext Invoice FLA4120146– Willy Saintil's Deposition Transcript | 01/03/2020 | DE 89-29 | DE 86-11 |
| 12. | National Invoice 46425 – Rick LaCroix's Deposition and Transcript | 01/07/2020 | DE 89-24 | DE 86-25 |
| 13. | National Invoice 46307 – Greg D'Amron's Deposition | 01/09/2020 | DE 89-1 | DE 86-21 |
| 14. | Toronto Invoice 14974 – Doron Posner's Deposition and Transcript | 02/01/2020 | DE 89-17 | DE 86-27 |
| 15. | National Invoice 46794 – Greg D'Amron's Deposition and Transcript | 02/14/2020 | DE 191-4 | DE 86-23 |
| | **Hearings** | **Date** | **By Plaintiffs** | **By Defendants** |
| 1. | Case Law Reporting – 02/05/2020 Discovery Hearing Transcript | 02/26/2020 | DE 190-2 | DE 160-1 |
| 2. | Joanne Mancari – 01/28/2020 Discovery Hearing Transcript | 02/27/2020 | DE 190-1 | DE 194-13 |
| 3. | Joanne Mancari – 03/05/2020 Discovery Hearing Transcript | 03/12/2020 | DE 190-3 | DE 194-10 |
| 4. | Trial Reporters – Calendar Call Transcript | 03/23/2020 | | |
| 5. | Lisa Edwards – 04/13/2020 Status Conference Transcript; and 04/16/2020 Settlement Conference Transcript | 04/21/2020 | DE 220-1 | DE 220-1 |