# EXHIBIT 3

## Depositions Printing Cost Table

| Tab | Description | |
|---|---|---|
| **30.** | **Silva, Alvaro – 2019-11-08 Deposition** | |
| 1A. | Job Search – Airline Wheelchair Dispatcher | 2 |
| 1B. | Job Search – Passenger Assistant-Wheelchair Agent | 2 |
| 1C. | Job Search – Airline Wheelchair Agent | 2 |
| 1D. | Job Search – Airport Wheelchair Agent (MSY) | 2 |
| 2. | Eriles Maxean's Signed BAGS Meal Break Sheet | 1 |
| 3. | 02/01/2019 Text Message from Alvaro Silva to Jean Pierre-Louis | 1 |
| 4. | Text Messages from Alvaro Silva to Employees re-Punching breaks | 4 |
| 5. | Jean Pierre-Louis' Timesheet Audit Report | 22 |
| 6. | Jean Claude Dorelus' Timesheet Audit Report | 33 |
| 7. | Evens Hilaire's Timesheet Audit Report | 3 |
| 8. | Eriles Maxean's Timesheet Audit Report | 29 |
| 9. | Wilfred Saint Louis' Timesheet Audit Report | 27 |
| 10. | Willy Saintil's Timesheet Audit Report | 21 |
| 11. | Assade Vedrine's Timesheet Audit Report | 33 |
| 12. | Photograph of BAGS Employee Sleeping on Duty | 1 |
| 12B. | Photograph (Close-up) of BAGS Employee Sleeping on Duty | 1 |
| 13A. | Jean Pierre Louis' Employment Pay Run History Report from 01/01/2017 to 12/31/2017 | 7 |
| 13B. | Jean Pierre Louis' Employment Pay Run History Report from 12/24/2017 to 12/23/2018 | 9 |
| 13C. | Jean Pierre Louis' Employment Pay Run History Report from 12/24/2018 to 07/08/2019 | 4 |
| 14. | Jean Pierre-Louis' Timesheet from 12/26/2016 to 12/21/2017 | 34 |
| 14B. | Jean Pierre-Louis Timesheet from 12/26/2017 to 05/15/2019 | 44 |
| 15A. | Acknowledgement of Broward County's Minimum Wage Ordinance (2017) | 1 |
| 15B. | Acknowledgement of Broward County's Minimum Wage Ordinance (2018) | 1 |
| 15C. | Acknowledgement of Broward County's Minimum Wage Ordinance (2019) | 1 |
| 16 | BAGS Memo re-Pilot Program: Wheelchair Schedule Bid - Delta | 1 |
| 17 | Delta Wheelchair Bid | 1 |

| 18 | Wheelchair Assistant BID Proxy | | 1 |
|---|---|---|---|
| 19 | Delta Wheelchair Bid | | 1 |
| 20A. | Wheelchair Bid Date 8/1/18 | | 1 |
| 20B. | Wheelchair Bid Date 7/31/18 | | 1 |
| 21. | Call Detail Report | | 15 |
| 22. | Wheelchair Attendant – Job Description | | 2 |
| 23. | BAGS Employee Handbook (2014) | | 41 |
| 24. | BAGS Employee Handbook (2018) | | 41 |
| 25. | Time and Attendance Guidelines | | 2 |
| **Total** | 392 | X3= 1176 | X0.25= $294.00 |
| **31.** | **Melendez, Pamela -2019-11-13 Deposition** | | |
| 1. | Subpoena to Produce Documents, Information, or Objects | | 3 |
| **Total** | 3 | X3= 9 | X0.25= $2.25 |
| **32.** | **Amaya, Erick - 2019-11-18 Deposition** | | |
| 1. | Subpoena to Produce Documents, Information, or Objects | | 3 |
| **Total** | 3 | X3= 9 | X0.25= $2.25 |
| **33.** | **Vasquez, Daniel - 2019-11-18 Deposition** | | |
| 1. | Delta Wheelchair Schedule | | 1 |
| 2. | Subpoena to Produce Documents, Information, or Objects | | 3 |
| 3. | Wilfrid Saint Louis' Time Sheet Audit Report | | 31 |
| **Total** | 35 | X3= 105 | X0.25= $26.25 |
| **34.** | **D'Amron, Greg – 2019-12-05 Deposition** | | |
| 1. | Defendants' Answers and Defenses to Complaint | | 16 |
| 2. | Amended Notice of Taking Videotaped Deposition of Corporate Representative | | 6 |
| 3. | Jean Claude Dorelus' Employee Hours and Pay Report | | 51 |
| 4. | Jean Claude Dorelus' Timesheet Audit Report | | 33 |
| 5. | 05/30/2017 Progressive Counseling Notice re-Jean Claude Dorelus' sleeping on duty | | 1 |
| 6. | 11/13/2012 Progressive Counseling Notice for A.V. re-nobody meeting flight at night | | 1 |
| 7. | 11/13/2012 Progressive Counseling Notice for W.S. re-nobody meeting flight at night | | 1 |

| | | | |
|---|---|---|---|
| 8. | 06/25/2018 Progressive Counseling Notice re-Eriles Maxean not staying to meet flight | | 1 |
| 9. | 06/30/2013 Progressive Counseling Notice re-Willy Saintil suspended for 3 days | | 1 |
| 10. | Annex to Airport Services Master Agreement | | 14 |
| 11. | Ceridian Master Services Agreement with BAGS | | 32 |
| 12. | 07/24/2017 Text Messages between Greg D'Amron and Alvaro Silva | | 6 |
| 13. | Excerpt of Deposition of Alvaro Silva | | 2 |
| 14A. | Defendants' Answers to Plaintiffs' 1st Set of Interrogatories | | 14 |
| 14B. | Greg D'Amron's Verification of Answers to Interrogatories | | 1 |
| 15. | Jean Pierre-Louis' Timesheet Audit Report | | 22 |
| **Total** | 202 | X3= 606 | X0.25= $151.50 |
| **35.** | **LaCroix, Richard – 2019-12-13 Deposition** | | |
| 1-A. | 06/30/2013 Progressive Counseling Notice re-Willy Saintil suspended for 3 days | | 1 |
| 1-B. | 06/10/2013 Email from John Higgins to Rick LaCroix and Alvaro Silva re-Skycaps | | 1 |
| **Total** | 2 | X3= 6 | X0.25= $0.50 |
| **36.** | **Posner, Doron (Ceridian) – 2019-12-16 Deposition** | | |
| 1. | Notice of Taking Videotaped Deposition of Ceridian's Corporate Representative | | 6 |
| 2. | Ceridian's Master Services Agreement with BAGS | | 32 |
| 3a. | Jean Claude Dorelus' Raw Punch Report | | 53 |
| 3b. | Jean Claude Dorelus' Timesheet Audit Report from 12/01/2016 to 05/23/2019 | | 201 |
| 3c. | Jean Claude Dorelus' Timesheet Audit Report from 12/26/2016 to 08/04/2019 | | 33 |
| 4a. | Evens Hilaire's Raw Punch Report | | 55 |
| 4b. | Evens Hilaire's Timesheet Audit Report from 12/01/2016 to 05/23/2019 | | 33 |
| 4c. | Evens Hilaire's Timesheet Audit Report from 12/26/2016 to 11/03/2019 | | 3 |
| 5. | 07/17/2017 Text Messages between Greg D'Amron and Alvaro Silva | | 6 |
| 6a. | Eriles Maxean's Raw Punch Report | | 55 |
| 6b. | Eriles Maxean's Timesheet Audit Report from 12/01/2016 to 05/23/2019 | | 206 |
| 6c. | Eriles Maxean's Timesheet Audit Report from 12/26/2016 to 08/04/2019 | | 28 |
| 7a. | Wilfred Saint Louis' Raw Punch Report | | 53 |

00043592.DOCX. 2

| 7b. | Wilfred Saint Louis' Timesheet Audit Report from 12/01/2016 to 05/23/2019 | 214 |
|---|---|---|
| 7c. | Wilfred Saint Louis' Timesheet Audit Report from 12/26/2016 to 10/13/2019 | 31 |
| 8a. | Jean Pierre-Louis' Raw Punch Report | 61 |
| 8b. | Jean Pierre-Louis' Timesheet Audit Report from 12/01/2016 to 05/23/2019 | 138 |
| 8c. | Jean Pierre-Louis' Timesheet Audit Report from 12/26/2016 to 11/03/2019 | 22 |
| 9a. | Willy Saintil's Raw Punch Report | 36 |
| 9b. | Jean Claude Dorelus' Timesheet Audit Report from 12/01/2016 to 05/23/2019 | 177 |
| 9c. | Jean Claude Dorelus' Timesheet Audit Report from 12/26/2016 to 10/13/2019 | 21 |
| 10a. | Assade Vedrine's Raw Punch Report | 58 |
| 10b. | Assade Vedrine's Timesheet Audit Report from 12/01/2016 to 05/23/2019 | 211 |
| 10c. | Assade Vedrine's Timesheet Audit Report from 12/26/2016 to 11/03/2019 | 33 |
| **Total** | 1766 | X3= 5298 | X0.25= $1,324.50 |
| **37.** | **Silva, Alvaro – 2019-12-18 Deposition** | | |
| 1A. | 06/10/2013 Email from John Higgins to Rick LaCroix and Alvaro Silva re-Skycaps | 1 |
| 1B. | 06/30/2013 Progressive Counseling Notice re-Willy Saintil suspended for 3 days | 1 |
| 2 | 07/17/2017 Text Messages between Greg D'Amron and Alvaro Silva | 6 |
| 3 | Jean Pierre-Louis' Confidential Report | 20 |
| **Total** | 28 | X3= 84 | X0.25= $21.00 |
| **38.** | **D'Amron, Greg – 2019-12-18 Deposition** | | |
| 1. | Jean Pierre-Louis' Confidential Report | 20 |
| **Total** | 20 | X3= 60 | X0.25= $15.00 |
| **39.** | **D'Amron, Greg – 2020-02-13 Deposition** | | |
| A. | ZWB Holdings' Document Retention Policy | 5 |
| B. | 08/28/2018 Text Messages Between Greg D'Amron and Alvaro Silva | 1 |
| **Total** | 6 | X3= 18 | X0.25= $4.50 |
| **Overall Total** | | | **$1,841.75** |