UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-61306-RAR

**JEAN EMMANUEL PIERRE-LOUIS**, *et al.*,

    Plaintiffs,

v.

**BAGGAGE AIRLINE GUEST SERVICES, INC.**, *et al.*,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jacqueline Becerra's Report and Recommendation [ECF No. 306] ("Report"), filed on January 26, 2021. The Report recommends that the Court grant Plaintiffs' Motion for Bill of Costs [ECF No. 228] and award Plaintiffs **$24,541.90** in costs. *See* Report at 1. The Report properly notified the parties of their right to object to Magistrate Judge Becerra's findings. *Id.* at 12. Defendants timely filed a Limited Objection to the Report [ECF No. 307] ("Objection") on February 8, 2021.

This Court reviews *de novo* the determination of any disputed portions of the Magistrate Judge's Report. *United States v. Powell*, 628 F.3d 1254, 1256 (11th Cir. 2010). Any portions of the Report to which no specific objection is made are reviewed only for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). A proper objection "identifie[s] specific findings set forth in the [Report] and articulate[s] a *legal* ground for objection." *Leatherwood v. Anna's Linens Co.*, 384 F. App'x 853, 857 (11th Cir. 2010) (alterations and emphasis added; citations omitted).

Here, Defendants object to a single sentence included in the background section of the twelve-page Report that states as follows:

> Although the parties were ordered to participate in a settlement conference before a Magistrate Judge and were ordered to mediate as part of the regular administration of an FLSA case, **it appears that no settlement of the matter was entertained by Defendants until after the Court's decision on summary judgment**.

Report at 2. (emphasis added). Specifically, Defendants object to the bolded portion of the foregoing sentence "insofar as it can be construed as a finding of fact" because they contend that any "finding regarding settlement efforts and positions is relevant to the pending motions for fees and non-taxable costs and sanctions, ECF Nos. 267 & 284, and Defendants seek to preserve their right to object to this statement." Obj. at 1, n.1.

The statement Defendants object to has no bearing on the Motion for Costs; it is simply provided for background purposes. Because the Court finds that the statement is not a factual finding and therefore irrelevant to the disposition of the Motion for Costs, Defendants' Objection is overruled. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendants' Objection [ECF No. 307] is **OVERRULED**.

2. The Report [ECF No. 306] is **AFFIRMED AND ADOPTED**.

3. Plaintiffs' Motion for Bill of Costs [ECF No. 228] is **GRANTED**. Plaintiffs shall prepare and submit to the Court a proposed Final Judgment awarding taxable costs after conferring with Defendants.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of February, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**