**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CV-61306-RAR**

**JEAN EMMANUEL PIERRE-LOUIS**, *et al.*,

    Plaintiffs,

v.

**BAGGAGE AIRLINE GUEST SERVICES, INC.**, *et al.*,

    Defendants.
_____/

**ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jacqueline Becerra's Report and Recommendation [ECF No. 316] ("Report"), filed on August 4, 2021. The Report recommends that the Court grant in part and deny in part Plaintiffs' Motion for Attorneys' Fees and Costs [ECF No. 267]. *See* Report at 1. Specifically, the Report recommends that Plaintiffs be awarded a total of $**140,683.08** in attorneys' fees, and that their request for non-taxable costs be denied in its entirety. *Id.* Additionally, the Report recommends that Plaintiffs' request that sanctions be imposed against Defendants be denied and that Defendants' Motion for Sanctions [ECF No. 284] be denied as well. *Id.* The Report properly notified the parties of their right to object to Magistrate Judge Becerra's findings. *Id.* at 62. Plaintiffs timely filed Objections to the Report [ECF No. 317] ("Objections") on August 18, 2021. The Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Report [ECF No. 316] is **AFFIRMED AND ADOPTED** as explained herein.

**LEGAL STANDARD**

This Court reviews *de novo* the determination of any disputed portions of the Magistrate Judge's Report. *United States v. Powell*, 628 F.3d 1254, 1256 (11th Cir. 2010). Any portions of

the Report to which no specific objection is made are reviewed only for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). A proper objection "identifie[s] specific findings set forth in the [Report] and articulate[s] a *legal* ground for objection." *Leatherwood v. Anna's Linens Co.*, 384 F. App'x 853, 857 (11th Cir. 2010) (alterations and emphasis added; citations omitted).

## ANALYSIS

Upon due consideration of the record, including Judge Becerra's Report and Plaintiffs' Objections thereto, the Court overrules the Objections and adopts the Report. The Objections dispute the way in which Judge Becerra used her discretion to analyze several issues—but do not provide a basis for rejecting the Report. The Court finds that Judge Becerra's 63-page Report thoughtfully addresses the issues briefed by the parties. Ultimately, after reviewing the Report, the Objections, and the pertinent portions of the record, the Court, in the exercise of its discretion, agrees with and adopts Judge Becerra's detailed and well-reasoned findings of fact and conclusions of law.

## CONCLUSION

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Objections [ECF No. 317] are **OVERRULED**.

2. The Report [ECF No. 316] is **AFFIRMED AND ADOPTED**.

3. Plaintiffs' Motion for Attorneys' Fees and Costs [ECF No. 267] is **GRANTED IN PART AND DENIED IN PART**. Plaintiffs are hereby awarded a total of **$140,683.08**, but no additional costs. Plaintiffs shall prepare and submit to the Court a proposed Final Judgment awarding taxable costs after conferring with Defendants.

4. Further, Plaintiffs' request that sanctions be imposed against Defendants is **DENIED**.

5. Finally, Defendants' Motion for Sanctions [ECF No. 284] is similarly **DENIED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 20th day of August, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**